473 A.2d 683

Commonwealth v. Sirois, Appellant.

Submitted November 8, 1983. Norman A. Krumenacker, III, Assistant Public Defender, for appellant; Gerald Long, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Judgment of sentence affirmed.